UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT,<br><br>                              Plaintiff,<br><br>     -against-<br><br>JUDGE ANALISA TORRES, ET AL.,<br><br>                              Defendants. | 25-cv-3160 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 30, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 31, 2025
              New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge